# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELSO BARRENO,<br><br>                 Petitioner,<br><br>    v.<br><br>SCOTT KERNAN, Secretary, California Department of Corrections,<br><br>                 Respondent. | Case No. EDCV 16-2105-CJC (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections and the remaining record, and has made a *de novo* determination.

    Petitioner's Objections lack merit for the reasons stated in the Report and Recommendation.

    Accordingly, IT IS ORDERED THAT:

    1.    The Report and Recommendation is approved and accepted;

    2.    Judgment be entered denying the Petition and dismissing this action with prejudice; and

    3.    The Clerk serve copies of this Order on the parties.

DATED: November 16, 2017                          _____
                                                               HONORABLE CORMAC J. CARNEY
                                                               UNITED STATES DISTRICT JUDGE