JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELSO BARRENO,<br><br>　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>SCOTT KERNAN, Secretary, California Department of Corrections,<br><br>　　　　　　　　　Respondent. | Case No. EDCV 16-2105-CJC (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 16, 2017　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE